28 USC 1608 Summons IH 6
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

SERGIO LOVATI, RUDI LOVATI, ALESSANDRA
SARAGO LOVATI AND ALESSANDRA LOVATI

Plaintiff

v.

PETRÓLEOS DE VENEZUELA, S.A.

Defendant

Civil Action No. 1:19-cv-04799

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

PETRÓLEOS DE VENEZUELA, S.A.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Costantini
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 5/24/2019

/S/ P. NEPTUNE
Signature of Clerk or Deputy Clerk

DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
SERGIO LOVATI, RUDI LOVATI, ALESSANDRA
SARAGO LOVATI AND ALESSANDRA LOVATI

                                        AFFIDAVIT OF SERVICE
        Plaintiff,               CIVIL ACTION NO. 1:19-CV-04799

-against-

PETROLEOS DE VENEZUELA, S.A.

        Defendant,

---

STATE OF NEW YORK
COUNTY OF ALBANY                              ss:

JAMES PHILIPPS, being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served a true copy of the **Summons and Complaint with Exhibits, Civil Cover Sheet, Rules of Judge Batts and Rules of Judge Freeman**, in the above entitled proceeding upon **PETROLEOS DE VENEZUELA, S.A.**, by serving the corporations agent **CORPORATION SERVICE COMPANY**, such service having been made in the following manner, stated herein, and said person being the proper and authorized person to be served in this proceeding.

Corporation Service Company
80 State Street, 6th Floor
Albany, New York 12207
May 29, 2019 at 2:47 p.m.

By delivering to and leaving with **LEGAL RESPRESENTATIVE OF CSC**, the agent for service on the person in this proceeding as designated under Rule 318 CPLR. Service having been made to such person at the place, time and date stated above.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

Sworn to before me
This 29th day of May, 2019

                                                                       JAMES PHILIPPS

Notary Public

WENDY J. HENDERSON
Notary Public, State of New York
No. 01HE5031008
Qualified in Albany County
Commission Expires July 25, 2022