NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

ANTHONY J. COSTANTINI
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
E-MAIL: AJCostantini@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

September 4, 2019

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Lovati et al. v. Petróleos De Venezuela, S.A. – 19-cv-04799

Your Honor:

We represent the plaintiffs in the above-captioned case. As you know, defendant Petróleos De Venezuela S.A., has moved to dismiss plaintiffs' complaint, or, in the alternative, to stay the proceedings for 120 days. We will oppose both motions, and we are in the process of preparing a response. However, we have a preliminary question about what appears to be a violation of your Individual Practices.

It is our understanding of ¶ 2. A. of your Individual Practices that no motion to dismiss or motion to stay can be made without first requesting a pre-motion conference. In the absence of such a request, the motions would appear to have been inappropriate at this time. We would suggest that the motions be struck or, in the alterative, voluntarily withdrawn until your Practices are followed.

Thank you for your attention to this matter.

Respectfully,

Anthony J. Costantini

AJC/gg

DUANE MORRIS LLP
1540 BROADWAY, NEW YORK, NY 10036-4086            PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\6052638.1

Honorable Andrew L. Carter, Jr.
September 4, 2019
Page 2

DuaneMorris

cc:   Dennis Tracey, Esq.
      Rudolph Di Massa, Esq.
      Nathan Abramowitz, Esq.
      Kevin P. Potere, Esq.

DM3\6052638.1