USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-25-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LOVATI, ET. AL,

                              **Plaintiff**

--v.--

PETROLEOS DE VENEZUELA, S.A.,

                              **Defendant.**

1:19-CV-04799 (ALC)

**ORDER**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Pre-Motion conference previously scheduled for October 28, 2019 at 2:00 p.m. is ADJOURNED to October 29, 2019, at 3:30 p.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

**Dated:**  October 25, 2019
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**