NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

ANTHONY J. COSTANTINI
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
E-MAIL: AJCostantini@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

January 15, 2020

**BY ECF & EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lovati et al v. Petróleos de Venezuela, S.A., – 1:19-cv-04799*

Your Honor:

      We represent the plaintiffs in the above-captioned case. The defendant in the above-caption case has made a Motion to Dismiss the Complaint, or, in the Alternative, a Motion to Stay. This motion has been fully briefed and a request for oral argument has been made.

      Yesterday, Judge Nathan denied a motion to stay in two other cases, *Red Tree Investments, LLC v. Petróleos de Venezuela, S.A.*, 1:19-cv-2519-AJN and *Red Tree Investments, LLC v. Petróleos de Venezuela, S.A.*, 1:19-cv-2523-AJN. A copy of Judge Nathan's opinions, which are pertinent to Defendant's motion herein, are attached.

      Very truly yours,

      Anthony J. Costantini

AJC/gg
Enclosures

cc:  Dennis H. Tracey, III, Esq. (Via ECF & E-mail)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000  FAX: +1 212 692 1020
DM3\6297527.1