USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/30/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**SERGIO LOVATI, et al.,**

                    **Plaintiffs,**

          -against-

**PETRÓLEOS DE VENEZUELA, S.A.,**

                    **Defendant.**
-------------------------------------------------------------x

**1:19-cv-4799 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The motion for oral argument (ECF No. 31) is denied pursuant to the Court's September 30, 2020 opinion and order on Defendant's motion to dismiss.

**SO ORDERED.**

**Dated:** September 30, 2020
        **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**