```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  November 2, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**SERGIO LOVATI ET AL,**

                **Plaintiffs,**

             **-against-**

**PETROLEOS DE VENEZUELA, S.A.,**

                **Defendant.**
------------------------------------------------------------ x

**19-CV-4799 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On October 30, 2020, Defendant filed a request for a pre-motion conference in anticipation of a motion for judgment on the pleadings. ECF No. 43. Plaintiffs shall respond to Defendant's request by November 5, 2020.

**SO ORDERED.**

**Dated:  November 2, 2020**
          **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**