# **ATTACHMENT**

June 2, 2020

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of June 2, 2020, of the Petróleos de Venezuela, S.A. 9% Notes due 2021, CUSIP No. P7807HAP0 (the "Notes").

DTC is informed by its participant, BNP Paribas, New York Branch (the "Participant"), that the $55,455,000 principal amount of the Notes credited to the Participant's DTC account as of the date hereof are held by Participant on behalf of Compagnie Monégasque de Banque, a customer of the Participant, which in turn holds the Notes as custodian for Sergio Lovati, Rudi Lovati and Alessandra Lovati (each, a "Beneficial Owner"), in the amounts reflected on Exhibit 1 hereto.

At the request of the Participant, on behalf of Compagnie Monégasque de Banque as custodian for the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes beneficially owned by the Beneficial Owners, hereby authorizes each Beneficial Owner, solely to the extent that the Notes are beneficially owned by such Beneficial Owner, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of such Notes is entitled to take (other than any action or any exercise of any right or remedy as against DTC or its affiliates or its nominee Cede & Co.) under the terms of the Notes, the related guarantees, the related indenture, and any other controlling documents.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of the Participant and only as a nominal party for Compagnie Monégasque de Banque, on behalf of the Beneficial Owners. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Beneficial Owners are not denied their rights and remedies as the beneficiaries of the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner   John D. Faith
Dated:   6-5-2020

**Exhibit 1**

| CUSIP | Beneficial Owner | Amount Held |
|---|---|---|
| P7807HAP0 | Sergio Lovati | 17,965,000.00 |
| P7807HAP0 | Rudi Lovati | 37,435,000.00 |
| P7807HAP0 | Alessandra Lovati | 55,000.00 |