# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

DAVID T. MCTAGGART
DIRECT DIAL: +1 212 471 1814
PERSONAL FAX: +1 212 202 4931
*E-MAIL:* dtmctaggart@duanemorris.com

*www.duanemorris.com*

November 20, 2020

BY ECF

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    *Lovati et al. v. Petroleos de Venezuela, S.A.*, 19-Civ-04799-AJC

Dear Judge Carter:

     With the consent of all parties, and pursuant to Your Honor's October 13, 2020 memo endorsement (D.E. 40), we submit this joint report concerning the status of the parties' discussions of additional discovery needed beyond what is set forth in the parties' initial disclosures served on November 6, 2020.

     Thus far, plaintiffs have not identified any need for additional discovery beyond the initial disclosures. Defendants have specifically requested documents sufficient to demonstrate the ownership of each of the plaintiffs of the Notes as well as documents concerning a December 8, 2019 inter-plaintiff transfer of certain beneficial ownership interests that plaintiffs recently disclosed. The parties are continuing to discuss the timing of all disclosure, the need for any other disclosure, and whether disclosure and/or amendment of plaintiffs' complaint might moot defendant's proposed Rule 12(c) motion.

     Respectfully,

     /s David T. McTaggart

DTM:hs