USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  December 7, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**SERGIO LOVATI ET AL,**                                     :
                                                             :
                              **Plaintiffs,**                :
                                                             :          **19-CV-4799 (ALC)**
                    **-against-**                            :
                                                             :          **ORDER**
**PETROLEOS DE VENEZUELA, S.A.,**                            :
                                                             :
                              **Defendant.**                 :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 4, 2020, Plaintiffs filed a request for a pre-motion conference in anticipation

of a motion to amend the complaint, or in the alternative file a cross motion to amend their

complaint in their opposition to Defendants' motion for judgment on the pleadings. (ECF No. 51.)

Defendant shall respond to Plaintiffs' request by December 9, 2020. Defendant shall address

whether the proposed amendment would be futile, and whether the amendment renders the pending

motion for judgment on the pleadings moot, avoiding the need for motion practice on this issue.

**SO ORDERED.**

**Dated:   December 7, 2020**                    _____
          **New York, New York**                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**