USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 30, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SERGIO LOVATI ET AL.,**

                         **Plaintiffs,**

        -against-                          **19-CV-4799 (ALC)**

**PETROLEOS DE VENEZUELA, S.A.,**        **ORDER**

                         **Defendant.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of Defendant's request for leave to move to certify this Court's September 30, 2020 Order for interlocutory appeal under 28 U.S.C. § 1292(b). ECF No. 39.

     The Court shall hold a telephonic pre-motion conference on **Thursday, December 16, 2021 at 12:00 p.m.** The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated: November 30, 2021**
         **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**