USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 14, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SERGIO LOVATI ET AL.,**

                 **Plaintiffs,**

      -against-

**PETROLEOS DE VENEZUELA, S.A.,**

                 **Defendant.**

**19-CV-4799 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The pre-motion conference scheduled for **Thursday, December 16, 2021 at 12:00 p.m.** is cancelled.

**SO ORDERED.**

**Dated:  December 14, 2021**
         **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**