USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 17, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SERGIO LOVATI ET AL.,**

                    **Plaintiffs,**

           -against-                      **19-CV-4799 (ALC)**

**PETROLEOS DE VENEZUELA, S.A.,**      **ORDER**

                    **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 14, 2021, the Court issued an Order and Opinion granting Plaintiffs leave to file an amended/supplemental complaint. ECF No. 68. Accordingly, Plaintiffs shall file their complaint no later than **January 3, 2022**. Defendant shall respond no later than fourteen days after service of the complaint.

**SO ORDERED.**

**Dated: December 17, 2021**
        **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**