**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALESSANDRA LOVATI,

                              Plaintiff,

        -against-

PETROLEOS DE VENEZUELA, S.A.,

                              Defendant.

---

**19-cv-4799 (ALC)(JLC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' pre-motion conference requests at ECF Nos. 119 and

120.  The parties shall file response letters to each other's letters by **July 14, 2023.**

        **So Ordered.**

Dated: July 5, 2023
        New York, New York

_____

        **ANDREW L. CARTER, JR.**
        **United States District Judge**