| | **DuaneMorris** | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1032 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4715 | PITTSBURGH |
| LOS ANGELES | E-MAIL: AJCostantini@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

December 2, 2024

**VIA ECF**

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Lovati, et al. v. Petroleos de Venezuela, S.A.*, 19-cv-04799-ALC-JLC

Your Honor:

     We represent the plaintiffs in the above-captioned case. I am writing with respect to the summary judgment motions *sub judice* in the above-captioned cases. Both motions were fully briefed on November 21, 2023 and we have heard nothing further since. If oral argument would help in your resolution of the motions, please let us know. Similarly, we would be happy to provide any further information you might need.

Very truly yours,

*/s/ Tony Costantini*

Anthony J. Costantini

AJC/gg

cc:   Counsel for all parties - **VIA ECF**

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\11045908.1