UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDI LOVATI and ALESSANDRA LOVATI,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>　　　　　　　　　　Defendant. | 1:19-cv-04799 (ALC) (HJR)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

　　This Court will conduct a status conference in this action on **August 5, 2025, at 3:00PM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated:　July 9, 2025
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**