UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDI LOVATI and ALESSANDRA LOVATI,<br><br>                                Plaintiffs,<br><br>      -against-<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>                                Defendant. | 1:19-cv-04799 (ALC) (HJR)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The status conference previously scheduled for August 5, 2025, at 3:00 P.M. is **ADJOURNED** to **August 12, 2025, at 3:30PM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated:    July 29, 2025
               New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          United States District Judge