UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDI LOVATI and ALESSANDRA LOVATI,<br><br>                           Plaintiffs,<br><br>-against-<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>                           Defendant. | 1:19-cv-04799 (ALC) (HJR)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      As stated on the record during yesterday's status conference, the Court deems the letter motion filed at ECF No. 171 as addressed to Judge Carter. That letter motion, stating Defendant's request for a pre-motion conference, is denied as moot. The Court grants Defendant leave to file its motion to deem facts admitted. Defendant's opening brief is due by **August 26, 2025**. Plaintiffs' opposition is due by **September 16, 2025**. Defendant's reply brief is due by **September 23, 2025**.

      Additionally, the parties shall meet and confer regarding availability for trial with a start date between **January 12** and **February 2, 2026**. The parties shall file a joint status report with their availability by **August 26, 2025**.

**SO ORDERED.**

Dated:   August 13, 2025
           New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**