UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDI LOVATI and ALESSANDRA LOVATI,<br><br>       Plaintiffs,<br><br>-against-<br><br>PETRÓLEOS DE VENEZUELA, S.A.,<br><br>       Defendant. | 1:19-cv-04799 (ALC) (HJR)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court will schedule a bench trial in this matter to start on **January 28, 2026**. In advance of trial, parties shall file any motions in *limine* by **January 7, 2026**. Oppositions shall be filed by **January 14, 2026**. The parties should refer to the Court's Individual Practices and its guidance at the last hearing regarding other pretrial matters.

  The final pretrial conference will be held on **January 22, 2026 at 3:30PM**. The parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated: August 29, 2025
     New York, New York

                  */s/ Andrew L. Carter, Jr.*
                  ANDREW L. CARTER, JR.
                  United States District Judge