USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUDI LOVATI and ALESSANDRA LOVATI, | |
| Plaintiffs, | |
| -against- | **1:19-cv-04799 (ALC) (HJR)** |
| | **ORDER** |
| PETRÓLEOS DE VENEZUELA, S.A., | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at trial today, the Court orders the parties to submit a joint status report **by February 4, 2026** regarding any exhibits moved into evidence at trial and whether any additional exhibits need to be moved into evidence. Further, the Court sets the following post-trial briefing schedule:

| | |
|---|---|
| Defendant's Brief | **March 18, 2026** |
| Plaintiffs' Opposition and Brief | **April 22, 2026** |
| Defendant's Reply Brief | May 5, 2026 |
| Plaintiffs' Sur-reply Brief | May 19, 2026 |

**SO ORDERED.**

**Dated:**   **January 28, 2026**
        **New York, New York**

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**