USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/5/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RUDI LOVATI and ALESSANDRA
LOVATI,

                             **Plaintiffs,**

        **-against-**

PETRÓLEOS DE VENEZUELA, S.A.,

                            **Defendant.**

**1:19-cv-04799 (ALC) (HJR)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On February 4, 2026, the parties submitted a joint status report to the Court requesting, in relevant part, that the Court modify the post-trial briefing schedule. As such, the Court hereby modifies the post-trial briefing schedule to be as follows:

| | |
|---|---|
| Defendant's Brief | **March 18, 2026** |
| Plaintiffs' Opposition and Brief | **April 22, 2026** |
| Defendant's Reply Brief | **May 6, 2026** |
| Plaintiffs' Sur-reply Brief | **May 20, 2026** |

**SO ORDERED.**

**Dated:**    **February 5, 2026**
            **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**